Kr

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**RECEIVED**

AUG 0 4 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LeRoy Grant
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

State atty office. Davine.
Ass state atty. Jeffery Kent,
Bridgeview Police station.
Luis. Dominguez. "Bridgeview Pd,
Public defender office,"
Milton Travis. Ass. Publicdefender.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

## 05C 4466

Case No: 03Cr. 2975 - 2914 - 2916.
(To be supplied by the Clerk of this Court)

**JUDGE CASTILLO**

MAGISTRATE JUDGE ASHMAN

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331(a) U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**   **Plaintiff(s):**

A.   Name: _Leroy Grant_

B.   List all aliases: _none._

C.   Prisoner identification number: _#20030021941_

D.   Place of present confinement: _Cook county Jail_

E.   Address: _P.O. Box 089002 Chicago Ill. 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.   Defendant: _Richard A. Devine "State att." Ass. Jeffery_

Title: _Kent," Ass. state attorney."_

Place of Employment: _2650 S. California, "60608,_

B.   Defendant: _Luis Dominguez. Bridgeview P.D._

Title: _policeman,_

Place of Employment: _Bridgeview Police station,_

C.   Defendant: _Frank Marek,_

Title: _Assistant State attorney,_

Place of Employment: _2650 S. California,_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES ( )   NO (✓)   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( )   NO (✓)

C.    If your answer is **YES**:

1.    What steps did you take?

_____

_____

_____

2.    What was the result?

_____

_____ _NA_ _____

_____

3.    If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

_____ _NA_ _____

_____

_____

D.    If your answer is **NO**, explain why not: _NA ._

_____

_____

E.    Is the grievance procedure now completed?   YES ( )  NO (✓)

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )  NO (✓)

G.    If your answer is **YES**:

    1.    What steps did you take?

        NA

    2.    What was the result?

        NA

H.    If your answer is **NO**, explain why not:    NA

IV.     List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A.    Name of case and docket number: _____

                  _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

                  _____

                  _____

                  _____

    D.    List all defendants: _____

                  _____

                  _____

                  _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

                  _____

    G.    Basic claim made: _____

                  _____

                  _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____yes, and appeal_____

                  _____

                  _____

    H.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each
defendant is involved.  Include also the names of other persons involved, dates, and places.
**Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.  (Use
as much space as you need.  Attach extra sheets if necessary.)

The complaint grant was entrapment is available
when the idea to commit the crime does not originate
with the complaint grant.

Dominquez the undercover policeman along with martinez
encourage the complaint to act by going to his
apartment and set up a seruallance and insisting
was the purpose of the encouragement is to
obtain evidence to prosecute the complaint
grant; and the complaint is not independently
predisposed to commit the crime, he had no prior
to first being approached by martinez.

Who was trying to clear up his own
arrested, There was no purchased of heroin, the
purpose was very clear. Accordingly, Complaint
grant was never arrested or charge unto three years
Laters by indictment where martinez came to
testified at the grand Jury on grant behalf to
clear the truth.

But he was Not there, doing trail in april 19, 2005

Martinez. never came to trail, to testified and was never seen or hurd of again. complaint grant was convicted by the Jury and the only person to appear was Dominquez.

complaint was denied due process and equal protection of the law. The state attorney mr Kent failed to prove complaint quilty of Delivery of controlled substance beyond all reasonable doubt.

The verdict is against the weight of the evidence. this court granted the state motion ostensibly to show complaint grant ". intent "to sell heroin," when Dominquez and martinez went to the apartment at 1400 n Lakeshore dr. and the court erred in allowing into evidence to the Jury two packages purporting to be heroin allegedly given Dominquez by complaint grant on 1/29/00 and 2/1/00.

Dominquez. identified both packages at trial, "some three years after their supposed recovery." neither the state or Dominquez, or ms James the chemist all, prosecution witnesses, bothered to distinguish the package or the amount or characteristics of these items. or the

whereabout." both prior to and after testing." also
complaint did not receive a fair and and impartial
trail as guaranteed.

from the date of his arrest, The complaint grant
was intenduce to a background check at bond hearing,"
which came before the Judge Darcy. at the beganing of
his arrested in 2003. state use a fault rap sheet
state." complaint grant Live in New york, California, New
Jersey and Goergia. which made complaint, a known
criminal from state to state,

But this was only part of the state plan. that held
complaint grant with Out bond, also state use illegal
Lab report that had a great amount which had nothing to
do with the case.

This violated complaint right, this is over five
and a half years ago." and complaint is steal
fighting two more." case "2914. and 2916." he bend
held thirty two month in the county Jail, he was trail
on two case." 2915. 2914. 2914 has bend set to be
trail again." with 2916." which violated all
rights of complaint grant,

IN 2004." complaint grant." was rush to the
hospitar, he 54 years old with diebttes. attack
walksing up before the Judge Darcy." complaint grant
also have a heart condition. he wish for your help
in this action. of Claim:

LeRoy Grant.

On January 31. 2000, Luis Dominquez and micheal martinez subsequently egaged in a outrageousness act. Luis Dominquez a bridgeview policeman, martinez a defendent who was arrested febrary 10. 1999. on drugs charges.

In change for his immuntily which was promise by L. Dominquez, he will go free. "Luis Dominquez who was a bridge uiew Policeman working with d.E.A." went to the apartment of Leroy Grant along with martinez at 1400 n Lake shore dr to obtained euidence of imformation of who LeRoy Grant may know who would trade cocain for heroin." On entenining Grant drive way he was order to come down and talk with them in martinez new car.

grant "Reply." to martinez. that he was giuing his son a party to come up." Martinez insisted that he would not Leaue, and that his friend is his conect" and if he come down he will be paid well for his imformation. "not to Let him down.

grant fanally came down." he was greeted at the door way before getting into martinez car, by martinez, he was told to follow what ever he say to his friend Just agree to it. grant knew that martinez was a big



cocain dealer who get what ever he want, and no one turn martinez down, and get to talk about it.

grant got in the back seat. "Dominquez interduce himself as martinez conection out looking for imfor mation on who would trade his cocain for a lots heroin." in grant reply, he didn't no any one with that kinda amount, only people he knew would only have a gram or two.

They insisted to he must know some one, with his help he would be paid well, he was order to fine some one by martinez. Dominquez, gave grant a cell number and was told to call as soon as he could fine some one,

This was a schematic fabrication on a cover up to help martinez promise by Dominquez, "grant was never charge of this incident unto february 14 2003 he was indicted by the grand jury. case. 03CR02914. Delievery of a controll substance, "of heroin 25,1, grams as a free sample.

This fabrication of plan, by Dominquez went to trail april 19 2005, grant was found guilty of controll substance for giving Luis Dominquez a bridge view police officer and martinez 25.1 grams of heroin a free sample.

Martinez never appear in court." he came before the grand Jury and testifily that he knew grant and that grant use to buy drugs from him. Dominquez did committed perjury before the grand Jury." he never knew what amount to accuse grant." written in his report he said 25.1 grams of heroin as a freesample, he then change before to Jury 20 grams. then a Lab report of ms James states 25.9 grams of heroin,

On April 14, 2005, Jeffery Kent the state attoney" state it was a five dollar bag of heroin.

grant right have bend violated by Dominquez and by martinez who never show up to testifily at trail, they violated grant by going to his apartment. also Dominquez creative a fugitive back ground from New Jersey. New york, Californic, and Goergia, said to be grant, which was a fabrication to keep grant from having the right for a bond from the court,

grant have bend held going back and forth to court for 31 months, not seeing his family or Love one.

7-20-05 Leroy Grant

Milton Travis Ass

Public defender " 7 Floor.

2650 S California "

chicago ILL. 60608

Mr. Edwin A. Burnette.

Public defender cook.

county.

I, LeRoy Grant recieved the trail proceedings from Milton travis' two months Later because of delay of the court reporter which was said to be by milton travis." the Date of hearing April 19 2005. 1. to 99. Witnesses. Luis Dominquez.

This trancipts. has bend tampering with, it was retype over by unproffession,' words are sprell wronge. and no voice of any audio tapes that have bend played. and mr travis refuse to give me all of the trancipts. I ask him for the open where the state atty Kent, play the Audio tape before the Jury." he Refuse to give it to me," he only gave me what he want me to have. tampering with the trancipts is illegal I told him,' he refuse by covering up' and '

hiding the background report by bring me a
new criminal back ground out to the Jail
and saying the state made a mistake of
Identity." he never brought this before the
Judge. in motion." I show him where I
Written NewJersey," to prove the state
was using this back ground to hold me
before the Judge Daccy," with out bond
for 31. months.

He did nothing." I ask him about
george garay," who said to bend with
me on february 1. 2000. he refuse to Locate
Garay; No one found or tryed to Locate
Martinez, where about. I sue" the Public
defender. Office." and Mr. travis. for cover
up."

LeRoy Grant
7. 18. 05.

**VI.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking for investigation." I want to be paid for every day I Lost of my freedom, my Job." I'm asking for these three case to be wash off my recorder so I could go on with my life." and a $100.000 of suffering

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___29___ day of __July__ , 20 _05_

___LeRoy Grant___
(Signature of plaintiff or plaintiffs)

___LeRoy Grant___
(Print name)

___#2003002 1941___
(I.D. Number) P.O. Box 089002
            Chicago Ill. 60608.

(Address)

This. back around,' of some one, mix with
with me.' but these are not my recorder,

I only have one. conviction 'over 31 year
ago,



**RICHARD J. CODEY**
*Acting Governor*

### *State of New Jersey*
### Office of the Public Defender
**Camden Region**
MICHAEL J. FRIEDMAN, *Deputy Public Defender*
101 Haddon Avenue, 2nd Floor
Camden, New Jersey 08103
856-614-3500 • Fax 856-614-3503
E-Mail: TheDefenders@OPD.STATE.NJ.US

**YVONNE SMITH SEGARS**
*Public Defender*

January 26, 2005

Leroy Grant #20030021941
County Jail Chicago
P.O. Box 089002
Chicago, Illinois 60608

Dear Mr. Grant:

I acknowledge your January 13, 2005 letter which again requests my help. You describe multiple arrests in Chicago which you indicated should not be against you. I cannot help you with these as you must contact a lawyer or an appointed attorney in Chicago. That attorney should help defend you.

A secondary issue which is affecting your bail and custodial status is a list of aka's showing offenses all over the country. One of these matters lists a person as wanted in Camden County. You indicate it is not you. The latest paperwork you enclosed had an SBI number on it. I used this number to find the Camden County case for Eric Jefferson aka Rupert Grant. This person was charged with an offense in February of 1983. Those charges were completely dismissed on June 15, 2001. There very well may have been fugitive warrants issued in between those dates. I am enclosing paperwork from Camden County showing that the person that was wanted here is five foot nine and weighs 140 pounds with a birth date of September 7, 1951. Therefore, the description differs and the charges that were originally filed here had been dismissed. There are no charges pending in Camden County whether it is you or another person. I enclose copies of these papers for you to present in Chicago through your appointed attorney. It should help you change your bail and custodial status.     Best of luck.

Very truly yours,

Michael J. Friedman, Esq.
Deputy Public Defender

MJF/za

Enc.

IDENTIFICATION DATA UPDATED 2002/03/14

**M/**     REQ/3013
**NCIC:**
THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
FBI     - FBI/762276H

END - 1ST NCIC III RECORD FOR MULTIPLE RESPONSE

**NAME**        FBI NO.    INQUIRY DATE
UNDERWOOD,LEROY     942151K9    2002/09/06

SEX RACE BIRTH DATE HEIGHT WEIGHT EYES HAIR BIRTH PLACE    PHOTO
M   B   1955/01/12 507    130   BRO BLK   GEORGIA     N

FINGERPRINT CLASS    PATTERN CLASS       *Prints*
PO 11 15 PM 57    WU RS RS WU LS LS LS LS WU LS
17 09 09 CI 10       WU    WU

                                          *frauds-*

ALIAS NAMES
GRANT,LEROY         UNDERWOOD,LEROY P
UNLOOD,LEROY

OTHER     SCARS-MARKS-
BIRTH DATES TATTOOS     SOCIAL SECURITY
1952/01/01 SC ABDOM    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
1957/01/11 SC L EYE    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
1952/01/12 TAT L ARM    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
1953/01/12         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
1956/01/12         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
1957/01/12         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

**M/**     REQ/3013
**NCIC.**
       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

IDENTIFICATION DATA UPDATED 1997/07/26

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
CALIFORNIA    - STATE ID/CA06398287    *Fraud - Never bend -*
NEW YORK     - STATE ID/NY3576966Z

END - LAST NCIC III RECORD FOR MULTIPLE RESPONSE

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

ILDEA01S4, OPR/RG PUR/C REQ/3013
NAM/GRANT,LEROY          SEX/M RAC/U DOB/19520112

3013

SID/IL15870370  NAM/GRANT,LEROY          SEX/M
RAC/U DOB/19620112 HGT/0  WGT/0  HAI/XXX EYE/XXX
SKN/MED SMT/
FPC/          FBI/762276H
SOC/335448199  CIR/0270956   MNU/
 ALIAS NAME                ALIAS DOB
  GRANT,LEROY N              19520112
  GRANT,LEROY T              19501201
  GRANT,TOMMY L              19520101
  GRANT,TOMMY                19520112
                  19530112
                  19590222
                  19620112
 TOTAL ARRESTS 29  TOTAL CONVICTIONS  16 INCLUDING:
CHARGES CONV OFFENSE       CHARGES CONV OFFENSE
  3   2 SEXUAL ASSULT    9  12 DANGEROUS DRUGS
 11   0 ASSULT           3   0 LARCENY
  3   0 INVASION OF PRI  1   0 BRIBERY
  1   0 ROBBERY          1   0 KIDNAPING
  3   2 WEAPON OFFENSES  1   0 COMMERCIALIZED
 LAST ARREST 20020313 BY CHICAGO PD     CASE # 15061109
FOR POSSESSION CONTROLLD SUBSTAN,

M/          REQ/3013
3L01EBWPR
ILDEA01S4
THIS NCIC INTERSTATE IDENTIFICATION INDEX MULTIPLE RESPONSE IS THE
RESULT OF YOUR INQUIRY ON NAM/GRANT,LEROY SEX/M RAC/U DOB/19520112
 PUR/C
NAME          FBI NO.    INQUIRY DATE
GRANT,LEROY       762276H    2002/09/06

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR  BIRTH PLACE      PHOTO
M  B   1952/01/12 601   225  BRO  BLK  ILLINOIS     N

FINGERPRINT CLASS    PATTERN CLASS
64 TT 15 16 08     LS RS RS RS RS WU LS LS LS LS
DI 09 12 14 08     WU AU  WU AU   WU

ALIAS NAMES
GRANT,LEROY T          GRANT,TOMMY
GRANT,TOMMY L

OTHER     SCARS-MARKS-
BIRTH DATES TATTOOS     SOCIAL SECURITY
1952/01/01  SC ABDOM    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
1953/01/12  TAT L ARM   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
1962/01/12  TAT R ARM   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
1959/02/22          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

FPC/061211C006AA01101309 MNU/0A-NJ119406B SOC/261535085
OFF/DANGEROUS DRUGS
DOW/19830718 OCA/83001015
MIS/97-4313 EXTR P0SS CDS
ORI IS CAMDEN COUNTY PROSECUTORS OFFICE CAMDEN 856 225-8400
DOB/19510907
DOB/19510112
DOB/19560121
DOB/19510709
AKA/ARCHER,ALEX
AKA/ARCHER,ALIX BARRINGTON
AKA/BAKER,HERMAN LEE
AKA/BROWN,ANTH0NY
AKA/BR0WN,T
AKA/GRANT,RUPERT ANTH0NY
AKA/GRANT,TH0MAS
AKA/GRANT,T0NY
AKA/JAMES,BARRINGT0N
AKA/JAMES0N,MICHAEL
AKA/JEFFERS0N,ERIC BARRINGT0N
AKA/LEVY,BARRINGT0N
AKA/R0BINS0N,EVER0D
AKA/W0RRELL,FRANK B
SMT/SC L CHK
SMT/SC FACE
SMT/PRCD L EAR
MNU/PI-NY2751942Y
NIC/W975255201 DTE/19970106 0000 EST
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

CHF 090602 1204

REMEDIES: (CONTACT ORA FOR DETAILS)
  R01 PROHIBITED FROM PHYSICAL ABUSE, HARASSMENT, WILLFUL DEPRIVATION
      STALKING, INTIMIDATION OF A DEPENDENT OR INTERFERENCE WITH
      PERSONAL LIBERTY OF PROTECTED PERSON(S)
      (POLICE ENFORCED - CLASS A MISDEMEANOR)
  R03 PROHIBITED FROM ENTERING OR REMAINING AT PLACE OF EMPLOYMENT,
      SCHOOL, OR OTHER SPECIFIED PLACES SPECIFIED BY THE COURT
      (POLICE ENFORCED)

CHF 090602 1204

  R11 PROHIBITED FROM TAKING, TRANSFERRING, ENCUMBERING, CONCEALING,
      DAMAGING OR DISPOSING OF PROTECTED PERSONS' PROPERTY
      (COURT ENFORCED)
  R17 OTHER REMEDIES ORDERED AND ENFORCED BY THE COURT
      (SEE MISCELLANEOUS FIELD)

CHF 090602 1204

_mother-of kids_

PETITIONER: PNM/ROSANO,CELESTE
PROTECTED PERSONS:
  NM1/ROSANO,CELESTE    RL1/OTHER FAMILY MEMBER
PROTECTED ADDR:
  PA1/OMITTED
  PA2/3347 W LEMOYNE  CHGO
MIS/R17 NO CONTACT BY ANY MEANS

ORA/SO COOK COUNTY IL
ENT/XCR  OPR/JG  TME/1851  DTE/09212001 NIC/H281848570
CONFIRM WITH ORA

CHF 090602 1204

ADD ON LDS/C01E5591 ADN/01J8128
TERM 101201

ENT/XCR

1L01 NCIC RESPONSE
ILDEA01S4                    _don't know._

MKE/WANTED PERSON
ORI/NJ004013A NAM/JEFFERSON,ERIC B SEX/M RAC/B POB/JM DOB/19500907
HGT/508 WGT/145 EYE/BRO HAI/BLK FBI/151057N5 SMT/SC FHD

GRANT, Leroy - IR #: 270956



Runtime Build#: 2.5.0.2414 B72EB6CD9 <|:-)

CB#: 014925351 - (53082 bytes)



#166.

Gender
M

Race
Black

Age (@ TOA)
49

Birth Date
12-Jan-52

S.S.N.
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

RD#

Alias

Height
602

Weight
230

Drivers License
--

Home Address
3130 N Lake Shore Dr

Arrest Address
4032 N Broadway

Date of Arrest
16-Oct-01

Time of Arrest
04:40

Scar, Marks or Tattoos

WARNING: This report contains restricted
information. The Requestor assumes responsibility
for its dissemination and usage and for protecting this
information from unauthorized use or distribution.

Printed by RICHARD W. BOLLING, 16517 · 06-Sep-02 15:47:51

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 001

PEOPLE OF THE STATE OF ILLINOIS

                        VS              NUMBER 03CR0291501

    LEROY     GRANT

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.


Charging the above named defendant with:                    JAN 28 2000

  720-570/401(A)(1)(A)          F       MFG/DEL 15<100 GR HEROIN/ANLG


The following disposition(s) was/were rendered before the Honorable Judge(s):


02/06/03 IND/INFO-CLK OFFICE-PRES JUDGE         02/20/03 1701
       03CR0291501 ID# CR100091437
02/20/03 CASE ASSIGNED M    9                   02/20/03 1731
       BIEBEL, PAUL JR.
02/20/03 CONTINUANCE BY AGREEMENT               02/26/03
       BOWIE, JR., PRESTON L.
02/26/03 WARRANT SENT TO POLICE AGENCY          00/00/00
02/26/03 NO BAIL                                00/00/00          Class-1
       DARCY, DANIEL P.
02/26/03 WARR ORD, WARR ISSUED                  00/00/00          Class 2
       DARCY, DANIEL P.                                           class x
02/27/03 WARR AUDITED - ELEC DOCK
02/27/03 WARR AUDITED - COURT FILE                               No "Lab"
03/24/03 WARR RETURNED, EXECUTED,FILED          00/00/00        Said "state"
       HOFFENBERG, EARL B
02/24/03 BOND TO STAND                          00/00/00
       HOFFENBERG, EARL B
03/24/03 MOTION STATE - CONTINUANCE -MS         03/26/03
       HOFFENBERG, EARL B
03/24/03 RECALL/EXEC SENT TO POLICE AGY         00/00/00
       WRT EX BR. 64
03/26/03 RECALL/EXEC SENT TO POLICE AGY         00/00/00
03/26/03 DEFENDANT IN CUSTODY                   00/00/00
       DARCY, DANIEL P.
03/26/03 WARR RETURNED, EXECUTED,FILED          00/00/00
       DARCY, DANIEL P.
03/26/03 BOND TO STAND                          00/00/00
       DARCY, DANIEL P.
03/26/03 MOTION DEFT - CONTINUANCE - MD         03/27/03
       DARCY, DANIEL P.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 001

PEOPLE OF THE STATE OF ILLINOIS

CASE "March. 2002

VS                    NUMBER 03CR0291401

LEROY    GRANT

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

720-570/401(D)                F        OTHER AMT NARCOTIC SCHED I&II

The following disposition(s) was/were rendered before the Honorable Judge(s):

02/14/03 IND/INFO-CLK OFFICE-PRES JUDGE          02/20/03 1701
    03CR0291401 ID# CR100110067
02/20/03 CASE ASSIGNED                           02/20/03 1731
    BIEBEL, PAUL JR.
02/20/03 CONTINUANCE BY AGREEMENT                02/26/03
    BOWIE, JR., PRESTON L.
02/26/03 WARRANT SENT TO POLICE AGENCY           00/00/00
02/26/03 NO BAIL                                 00/00/00
    DARCY, DANIEL P.
02/26/03 WARR ORD, WARR ISSUED                   00/00/00
    DARCY, DANIEL P.
02/27/03 WARR AUDITED - ELEC DOCK
02/27/03 WARR AUDITED - COURT FILE
03/24/03 WARR RETURNED, EXECUTED,FILED           00/00/00
    HOFFENBERG, EARL B
03/24/03 BOND TO STAND                           00/00/00
    HOFFENBERG, EARL B
03/24/03 MOTION STATE - CONTINUANCE -MS          03/26/03
    HOFFENBERG, EARL B
03/24/03 RECALL/EXEC SENT TO POLICE AGY          00/00/00
    WRT EX BR. 64
03/26/03 RECALL/EXEC SENT TO POLICE AGY          00/00/00
03/26/03 DEFENDANT IN CUSTODY                    00/00/00
    DARCY, DANIEL P.
03/26/03 WARR RETURNED, EXECUTED,FILED           00/00/00
    DARCY, DANIEL P.
03/26/03 BOND TO STAND                           00/00/00
    DARCY, DANIEL P.
03/26/03 MOTION DEFT - CONTINUANCE - MD          03/27/03
    DARCY, DANIEL P.

"These" are the name of the policeman
who said to be on undercover, acquisition
who never appear at trail, which was
said to be there,

    S/A, A. Smith, TFO. C. Geer and c. Dangles,
    on case" 2916, witnessed, for. State,

---

Case' 2915 and 2914,      1-29-00
    T. Kruse   J. Schil   2-1-00
who said to witness the drug
but never show up to testifily to
the court,

    only Luis .Dominguez." who
Also." TFO. D. foley,      perjury hisself,

---

George Garay, witness ," who was
never charge, he was also a drug Addict
like me," which was force by martinez,

    illegal, Lab report," also, fault signature
    from Lab, tect," ms. James,

        LeRoy
        2-25-05

These three "Lab Report" was said to
be from Luis Dominguez," if you
pull the report sheet." on 2915.
you will Fine that mr
Dominquez." confuse' because if
will show. some illegal perjury
to his own fellow worker
to flame me," none of
them appear at trail
on his behalf,
or
Martinez, or
Goaray." who
also never got
Charge,

mr Dominquez. committe. 'perjury" he never
Sign' a signature' to proof that this
happen," No money was found or
record. it was a fabrication.'
IN perjury"

as you see here.' it because. 28 gram." which is a ounce.
then. 44.8. gram." then. 48. gram " what happen here.

Drug Enforcement Administration
North Central Laboratory

*No. complys with*
*case. 0 29/5*

# CHEMICAL ANALYSIS REPORT

To:   Joseph A. Vanacora
      Special Agent in Charge
      Chicago District Office
      Attn: TFO Louis Dominguez Jr.

Date: February 29, 2000

## Case Number:  I1-00-0142

### Analysis Summary and Remarks:

**Laboratory No.** 128096
**Exhibit No.** 2 contains:  Heroin Hydrochloride and Diphenhydramine
**Gross Wt.:** 48.0 grams (g)
**Net Wt.:** 22.4g
**Active Drug Ingredient:**  Heroin Hydrochloride – 34%
**Amount of Pure Drug:**  7.6g
**Reserve Wt.:**  21.9g

*forgery of signature.*

Analyst Khrishna A. James          3-1-00
Forensic Chemist
Date Completed: 02/17/00

Approved by Ralph C. Cottrell III     3/1/00
Laboratory Director
Laboratory Location:   Chicago, IL kyw 02/29/00

Prosecution / Division / Orig. Office / Laboratory / Hdqtrs / Receipt Copy............**Page 1 of 1**



U.S. Department of Justice
Drug Enforcement Administration
North Central Laboratory

# CHEMICAL ANALYSIS REPORT

To:  Special Agent in Charge
Chicago Division Office

Date: November 23,  2001

Attn:  TFO Louis Dominguez, Jr.

## Case Number: I1-00-0142

### Analysis Summary and Remarks:

**Laboratory No.:** 140485

**Exhibit** 3 contains: Heroin Hydrochloride

[redacted]

**Active Drug Ingredient:** Heroin Hydrochloride – 65%

**Amount of Pure Drug:** 0.71 g

**Reserve Wt.:** 0.67 g

Analyst  Krishna A. James    11-26-01
Forensic Chemist
Date Completed: 11/02/01

Approved by  Nelson A. Santos    N&S  11/29/2001
Laboratory Director
Laboratory Location:  Chicago, IL-cgy

Prosecution / Orig. Office / Laboratory / Hdqtrs / ..........................................Page 1 of 1

**U.S. Department of Justice**
Drug Enforcement Administration
North Central Laboratory

# CHEMICAL ANALYSIS REPORT

To:   Joseph A. Vanacora                                    Date: February 29, 2000
      Special Agent in Charge
      Chicago District Office
      Attn:  TFO Louis Dominguez  Jr.

**Case Number:  11-00-0142**

case 03 cr 2914

**Analysis Summary and Remarks:**

**Laboratory No.** 128057
**Exhibit No.** 1 contains:   Heroin Hydrochloride and Diphenhydramine
**Gross Wt.:** 25.9 grams (g)
**Net Wt.:** (0.18g)
**Active Drug Ingredient:**   Heroin Hydrochloride
**Amount of Pure Drug:**   (NA)
**Reserve Wt.:**   0.13g

CLASS - 2

Analyst Khristina A. James                  3-1-00
Forensic Chemist
Date Completed:  02/17/00

Approved by Ralph C. Cottrell III           3/1/00
Laboratory Director
Laboratory Location:    Chicago, IL. kyw02/29/00

Prosecution / Division / Orig. Office / Laboratory / Hdqtrs / Receipt Copy............**Page 1 of 1**

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| [X] Purchase  [ ] Seizure  [X] Free Sample | | | I1-00-0142 | | WAH1L |
| [ ] Lab. Seizure  [ ] Money Flashed  [ ] Compliance Sample (Non-Criminal) | | | | | |
| [ ] Internal Body Carry  [ ] Other (Specify) _____ | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Chicago, Illinois | 01-31-00 | GRANT, Leroy et al |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | [ ] Case No. OR  [ ] Seizure No.  No. | | E-1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| #2 | | Heroin | Chunk Like Substance Off White in Color Wrapped in a plastic bag. | 44.8 gross grams. | | $3,500.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** [X] NO (included above)   [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

Exhibit #2, consist of approximately 44.8 gross grams of Heroin obtained by TFO Louis Dominguez Jr., from Leroy Grant. The acquisition took place on 02-31-00, in the parking lot at 1500 W. North Ave., Chicago, Illinois. TFO Dominguez maintained the custody of the Exhibit, and processed Exhibit #2 into evidence as witnessed by TFO Dan Foley. Exhibit #2 was subsequently turned into the North Central Laboratory for analysis and safekeeping.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TFO Louis Dominguez Jr. | |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | | |

| 22. SEAL [ ] Broken [X] Unbroken | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
|---|---|---|
| | | |

## LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

NONE

NONE                    Case 03cr.2915

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| | | |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| | | |

DEA Form - 7
(Sept. 1995)          Previous edition dated 4/90 may be used until stock is exhausted.          1 - Prosecut'n

feb-14-03
0.3.A
2914

Read Instructions on Reverse
before completing.

**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | |
|---|---|---|---|
| ☐ Purchase ☐ Seizure ☒ Free Sample | | | |
| ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) | | | |
| ☐ Internal Body Carry ☐ Other (Specify) | | | |

| 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|
| I1-00-0142 | | WAH1L |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Chicago, Illinois | 01-31-00 | GRANT, Leroy et al |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL ☐ Case No. OR ☐ Seizure No. No. | 7. DATE PREPARED 02-01-00 | 8. GROUP NO. E-1 |
|---|---|---|---|

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| #1 | | Heroin | Small Chunk Like Substance | 25.1 gross | | |
| | | | Off White in Color Wrapped | grams. | | |
| | | | in a Small Piece of Paper. | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☒ NO (Included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
Exhibit #1, consist of approximately 25.1 gross grams of Heroin obtained by TFO Louis Dominguez Jr., from Leroy Grant. The acquisition took place on 01-31-00, in front of 1400 N. Lake Shore Drive, Chicago, Illinois. TFO Dominguez maintained the custody of the Exhibit, and processed Exhibit #1 into evidence as witnessed by S/A's Schil and Kruse. Exhibit #1 was subsequently turned into the North Central Laboratory for analysis and safekeeping.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TFO Louis Dominguez Jr. | |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES 1 | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |

## LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

Casc" 2914,

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | |
|---|---|---|
| ☐ Purchase ☐ Seizure ☒ Free Sample | | |
| ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) | | |
| ☐ Internal Body Carry ☐ Other *(Specify)* | | |

| 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|
| I1-00-0142 | | WAH1L |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Summit, Illinois | 10-03-01 | GRANT, Leroy |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL |
|---|---|
| | ☐ Case No. OR ☐ Seizure No. |
| | No. |

| 7. DATE PREPARED | 8. GROUP NO. |
|---|---|
| 10-03-01 | 30 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| #3 | | Heroin | Small compact rock like | 1.0 grams | 24.8 gross | N/A |
| | | | substance wrapped in clear | | grams | |
| | | | plastic. | *↗ made-up.* | | |
| | | | | *which* | *one.* | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?** ☒ NO (included above) ☐ YES (If Yes, enter exhibit no. and describe original container fully)

REMARKS:

Exhibit #3, approximately one gram of Heroin (White) was obtained on 10-03-01, by TFO Louis Dominguez, from Leroy GRANT in Summit Illinois. TFO Dominguez maintained the custody of the Exhibit until it was processed into evidence as witnessed by S/A Antonio Smith. Exhibit #3 was subsequently turned into the North Central Laboratory for analysis and safe keeping.

****** RUSH ANALYSIS PLEASE, TRANSACTION PENDING ON QUALITY ******

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TFO Louis Dominguez Jr. | G/S Thomas Bigoness |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | | TFO Louis Dominguez Jr. |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |

## LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

*Case: 2916*

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| | | |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| | | |

DEA Form - 7
(Sept. 1995)     Previous edition dated 4/90 may be used until stock is exhausted.     1 - Prosecution

The "motion." show Mr. Travis,"

didn't not show any help."

unto I was found

quilty.

Mr. Travis.
   2650 S . California
     Chicago ILL
     7th Floor. 60608
        Public. defender,

STATE OF ILLINOIS     )
                         ) SS
COUNTY OF COOK     )

206 **FILED**

TIME __10:00__ AM PM

JUN 1 4 2005

**Dorothy Brown**
Clerk of the Circuit Court
Criminal Division

Deputy Clerk Signature

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS  )
                               )
        - vs-              )    No.   03-CR-2915
                               )
LEROY GRANT             )

## MOTION FOR A NEW TRIAL

Now comes the defendant, LEROY GRANT, by his attorney, EDWIN A.

BURNETTE, Public Defender of Cook County, through MILTON TRAVIS, Assistant

Public Defender, after a verdict of guilty and before sentencing and respectfully

moves this Honorable Court to set aside the verdict.

In support whereof, Defendant states as follows:

1.     The State failed to prove Defendant guilty of Delivery of Controlled

Substances beyond all reasonable doubt.

2.     The verdict is against the weight of the evidence.

3.     Defendant was denied due process and equal protection of the laws.

4.     The State failed to prove every material allegation of the offense beyond

a reasonable doubt.

5.     On April 14, 2005, the trial court granted a State Motion to

allow in Evidence of Other Crimes, to wit: testimony and tape recording of an alleged

1/31/00 meeting involving Sergeant Louis Dominiquez, (the undercover buy officer),

Defendant, and Michael Martinez, (the police confidential informant) where heroin

was supposedly given Dominiquez and Martinez by Defendant.

6.     That this Court granted the State's Motion ostensibly to show

Defendant's "intent" to sell heroin to Dominiquez the following day and allowed in

that evidence at trial, including the tape recordings of the event (4/19/05 Transcript, pg. 17).

7.    Evidence of other crimes must be excluded if its prejudicial effect outweighs its probative value. People v. Robinson (1995) 167 Ill.2d. 53, 656 N,.E. 2d. 1090. Moreover, it has been held that evidence of other crimes is objectionable where it bears too much probative value and has no real relevancy beyond the inference that a defendant is prone to commit crime. People vs. Lehman, (1955) 5 Ill.2d 337, 125 N.E. 2d . 506. People vs. Lindgren (1980) 79 Ill.2d. 129, 402 N.E. 2d 238.

8.    The Court's decision to allow in evidence of other crimes and deny Defendant's Motion to Bar Evidence of Prior Bad Acts/Other Crimes was error.

9.    The Court also erred in not granting Defendant's oral Motion for Mistrial and Behavioral Clinical Examination when Defendant, after the Defense rested:

        A.    announced, in front of the jury, he intended to testify (despite Counsel's oft repeated warnings of that testimony's risks).

        B.    testified and spoke in a disjangled, disturbed and virtually incoherent manner.

        C.    undressed in the lock-up during the lunch break and refused to re-enter the courtroom or communicate with either Counsel, the Court or the State in cross-examination.

        D.    engaged in conduct so obviously detrimental to his cause and assertions of innocence that Defendant could not be considered competent to assist in his own defense; and suffered instead, some form of psychiatric episode which, at the very least, led this jury to seriously doubt his innocence.

10.    The Court erred in allowing into evidence to the jury, the two packages purporting to be heroin allegedly given Sergeant Dominiquez by Defendant on 1/31/00 and 2/1/00.

11.    Dominiquez identified both packages at trial, some three (3) years after their supposed recovery.